IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| State of North Dakota, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-60 |
| | ) | |
| -vs- | ) | **ORDER ADOPTING REPORT AND** |
| | ) | **RECOMMENDATION** |
| Peter John Grzeskowiak, | ) | |
| | ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that this case be remanded to state court (Doc. #9). Neither party has filed an objection to the Report and Recommendation.

The Court has reviewed the Report and Recommendation, along with the entire file, and agrees with the Magistrate Judge's analysis and recommendation. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, this case is remanded to state court.

**IT IS SO ORDERED.**

Dated this 19th day of September, 2013.

/s/  Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court